

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN D~~~~~~~

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**PERRY LAVELL TAYLOR,**

Defendant.

_____/

> Case:2:11-cr-20301
> Judge: Cleland, Robert H.
> MJ: Whalen, R. Steven
> Filed: 05-11-2011 At 11:46 AM
> INFO USA V PERRY LAVELL TAYLOR (EB)

VIOLATION:  29 U.S.C. § 439(a), 18 U.S.C.§ 2:
Failure to Maintain Union Records, Aiding and
Abetting

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
### (29 U.S.C. § 439(a), 18 U.S.C.§ 2
### Failure to Maintain Union Records, Aiding and Abetting)

From on or about February, 2006 until on or about June, 2007, in the Eastern District of
Michigan and elsewhere, the defendant **Perry Lavell Taylor,** while an officer, that is Vice-
President of American Federation of State, County, and Municipal Employees Local 1820, of a
labor organization withing the meaning of 29 U.S.C. 402(n), did knowingly and willfully aide
and abet others in failing to maintain accurate records of lost time claims made by him and others
by failing to provide supporting documentation to justify the claims, resulting in him receiving
$4,624.13 in Union funds to which he was not entitled.

1

All in violation of Title 29, United States Code, Section 439(a)(2).

**BARBARA L. McQUADE**
United States Attorney

s/ ROSS MACKENZIE
**ROSS MACKENZIE**
Assistant United States Attorney
Chief, Complex Crimes Unit

s/ GRAHAM L. TEALL
**GRAHAM L. TEALL**
Assistant United States Attorney

Dated: May 11, 2011

**United States District Court**
**Eastern District of Michigan** | **Criminal Case Co**

Case:2:11-cr-20301
Judge: Cleland, Robert H.
MJ: Whalen, R. Steven
Filed: 05-11-2011 At 11:46 AM
INFO USA V PERRY LAVELL TAYLOR (EB)

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Reassignment/Recusal Information This matter was opened in the USAO prior to August 15, 2008   [   ]

| **Companion Case Information** | **Companion Case Number**: 11-20108, 11-20255 |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned**: Duggan |
| X☐ Yes          ☐ No | **AUSA's Initials**: |

**Case Title:** USA v.  Perry Lavell Taylor

**County where offense occurred :** Wayne

**Check One:**          ☐ **Felony**          X☐ **Misdemeanor**          ☐ **Petty**

_____Indictment/__X__Information --- **no** prior complaint.
_____Indictment___Information --- based upon prior complaint
___ Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____                    **Judge:** _____

☐  Original case was terminated; no additional charges or defendants.
☐  Corrects errors; no additional charges or defendants.
☐  Involves for plea purposes, different charges or adds counts.
☐  Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Attorney is the attorney of record for the above captioned case.**

May 11, 2011
Date

Graham L. Teall
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI  48226
telephone:(313) 226-9118
facsimile: (313) 226-2873
e-mail:   Graham.teall@usdoj.gov

Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09